## KUDMAN TRACHTEN ALOE LLP

### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4400

NEW YORK, NY 10118
(212) 868-1010
_____

TELECOPIER (212) 868-0013
www.kudmanlaw.com

PAUL H. ALOE†
STUART R. KUDMAN*
GARY TRACHTEN††

MICHELLE S. BABBITT*

THOMAS M. FURTH**

MATTHEW H. COHEN*
WILLIAM E. HAMMOND**
JOHN S. LEGO***
ALISA L. SILVERSTEIN*
_____

*ADMITTED IN NY & NJ
**ADMITTED IN NY ONLY
***ADMITTED IN NY & CA
†ADMITTED IN NY, NJ & PA
††ADMITTED IN NY, NJ, CT & GA

May 24, 2007

**VIA EFC ELECTRONIC FILING**

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, New York 10007

Re:    **Burke v. Rodriguez, Civ. No. 07-3732 (GBD)**

Dear Judge Daniels:

Please accept the attached Stipulation Extending Time to answer, move or otherwise respond to the complaint in the above referenced case as the Notice of Appearance by Kudman Trachten Aloe, LLP on behalf of the defendant Daniel Rodriguez.

Respectfully submitted,

/s/ Matthew H. Cohen

Matthew H. Cohen (MC 6513)

Cc:    Andrew Laskin, Esq., attorney for the plaintiff (via ECF)