Gary Trachten (GT 5480)
Alisa Silverstein (AS 2926)
**KUDMAN TRACHTEN ALOE LLP**
350 Fifth Avenue, Suite 4400
New York, New York 10118
Telephone: 212-868-1010
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KRISTEN BURKE

                              ECF Case
            Plaintiff,       Civ No. 07-3732 (GBD)

    -against-            **STIPULATION EXTENDING**
                                    **TIME TO ANSWER**
DANIEL RODRIGUEZ

            Defendant.
-------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the time for the defendant Daniel Rodriguez to answer, appear or otherwise move, with reference to the above matter, is extended until June 26, 2007.

Dated:  New York, New York
         May 23, 2007

**ROBINSON & YABLON, P.C.**        **KUDMAN TRACHTEN ALOE LLP**

By: /s/ Andrew Laskin               By: /s/ Alisa Silverstein
    Andrew Laskin (AL 9379)           Alisa Silverstein (AS 2926)
Attorneys for Plaintiff                   Attorneys for Defendant
232 Madison Avenue                  350 Fifth Avenue, Suite 4400
Suite 1200                                New York, New York 10118
New York, New York 10016        (212) 868-1010
(212)725-8566

**SO ORDERED:**

_____