AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-22-07 at 8:30 pm |
| NAME OF SERVER (PRINT) Julio Perilla | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 18 Meadowbrook Dr., Fishkill, NY 12524

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-23-07
           Date

Signature of Server

26 Scotchtown Ave. Goshen
Address of Server

JO-ANN JOHNSON
Notary Public, State Of New York
No. 01JO5031856
Qualified in Orange County
Commission Expires August 16, 20 10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.