```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 4 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KRISTEN BURKE,

                Plaintiff,

    -against-

DANIEL RODRIGUEZ,

                Defendant.
------------------------------------------------------------x

ORDER
07 CV 3732 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant's application to quash the subpoena issued by plaintiff to non-party Morgan Stanley is granted.

Dated: New York, New York
       May 25, 2007

                              SO ORDERED:

                              _____
                              GEORGE B. DANIELS
                              United States District Judge