Gary Trachten (GT 5480)
Alisa Silverstein (AS 2926)
**KUDMAN TRACHTEN ALOE LLP**
350 Fifth Avenue, Suite 4400
New York, New York 10118
Telephone: 212-868-1010
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KRISTEN BURKE

                        Plaintiff,

        -against-

DANIEL RODRIGUEZ

                        Defendant.
------------------------------------------------------X

ECF Case
Civ No. 07-3732 (GBD)

**STIPULATION EXTENDING
TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the time for the defendant Daniel Rodriguez to answer, appear or otherwise move, with reference to the above matter, is extended until June 26, 2007.

Dated: New York, New York
       May 23, 2007

**ROBINSON & YABLON, P.C.**

By: /s/ Andrew Laskin
    Andrew Laskin (AL 9379)
Attorneys for Plaintiff
232 Madison Avenue
Suite 1200
New York, New York 10016
(212)725-8566

**KUDMAN TRACHTEN ALOE LLP**

By: /s/ Alisa Silverstein
    Alisa Silverstein (AS 2926)
Attorneys for Defendant
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010

**SO ORDERED:** JUN 27 2007

/s/ George B. Daniels
GEORGE B. D...