Gary Trachten (GT 5480)
Alisa Silverstein (AS 2926)
**KUDMAN TRACHTEN ALOE LLP**
350 Fifth Avenue, Suite 4400
New York, New York 10118
Telephone: 212-868-1010
Attorneys for Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 9 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KRISTEN BURKE

                    Plaintiff,

    -against-

DANIEL RODRIGUEZ

                  Defendant.
------------------------------------------------------X

ECF Case
Civ No. 07-3732 (GBD)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that, the plaintiff shall serve and electronically file its opposition to defendant's Motion to Dismiss by no later than 4:00 p.m. on August 6, 2007; the defendant shall serve and electronically file its reply papers by no later than 4:00 p.m. on August 20, 2007; and the motion shall be deemed fully submitted on August 21, 2007.

Dated: New York, New York
         July 18, 2007

ROBINSON & YABLON, P.C.

By: _____
    Andrew Laskin (AL 9379)
Attorneys for Plaintiff
232 Madison Avenue, Suite 1200
New York, New York 10016
(212) 725-8566

KUDMAN TRACHTEN ALOE LLP

By: _____
    Alisa Silverstein (AS 2926)
Attorneys for Defendant
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010

**SO ORDERED:**

AUG 0 9 2007

_George B. Daniels_

**HON. GEORGE B. DANIELS**