UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KRISTEN BURKE,

                        Plaintiff,

                                                     **NOTICE OF**
-against-                                 **CROSS-MOTION**

                                                     07 Civ 3732 (GBD)


DANIEL RODRIGUEZ,

                        Defendant.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon proposed Second Amended Verified Complaint, dated August 15, 2007, and the plaintiff's memorandum of law submitted herewith, and the prior proceedings herein, plaintiff shall, before the Honorable George B. Daniels, at the U.S. District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, in Courtroom 15D, on the __ day of September, 2007, pursuant to Rules 9(b) and 15(a) of the Federal Rules of Civil Procedure, cross-move for leave to amend plaintiff's complaint to conform with the proposed pleading annexed to the Memorandum of Law as Exhibit "1".


Dated: New York, New York
        August 16, 2007

                                                  **ROBINSON & YABLON, P.C.**
                                                  Attorneys for Plaintiff

                                        By:_____
                                           Andrew M. Laskin (AL9379)