UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

KRISTEN BURKE,

                Plaintiff,

-against-                        07 CV 3732 (GBD)

DANIEL RODRIGUEZ,               ORDER

                Defendant.

------------------------------------------------x



GEORGE B. DANIELS, District Judge:

    Defendant's motion, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Amended Complaint for failure to state a legally cognizable claim is granted.

    Plaintiff's cross-motion to further amend the complaint is denied. Plaintiff's motion for discovery is also denied.

Dated: New York, New York
       September 20, 2007

                                                  SO ORDERED:

                                                  *George B. Daniels*

                                                  GEORGE B. DANIELS
                                                  United States District Judge