```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

KRISTEN BURKE,

               Plaintiff,                        07 **CIVIL** 3732 (GBD)

   -against-                                 **JUDGMENT**

DANIEL RODRIGUEZ,

               Defendant.
------------------------------------------------------------X

      Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 20, 2007, having rendered its Order granting defendant's motion to dismiss the amended complaint and denying plaintiff's cross-motion to further amend the complaint and for discovery, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2007, defendant's motion to dismiss the amended complaint is granted and plaintiff's cross-motion to further amend the complaint and for discovery is denied.

**Dated:**  New York, New York
          September 24, 2007

                                                          J. MICHAEL McMAHON
                                                          **Clerk of Court**

                               **BY:**
                                                          **Deputy Clerk**

                                          THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON _____